### John R. CUDD v. STATE.
### No. 14820.

Court of Criminal Appeals of Texas.
Nov. 13, 1931.

Rehearing Denied Dec. 9, 1931.

T. O. Murray, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

### MORROW, P. J.

Unlawfully selling intoxicating liquor is the offense; penalty assessed at confinement in the penitentiary for three years.

The indictment appears regular and regularly presented. The facts heard before the trial judge are not brought forward for review. No complaints of the ruling of the trial court have been presented by bills of exception or otherwise.

No fundamental error having been perceived, the judgment is affirmed.

#### On Motion for Rehearing.

### LATTIMORE, J.

Appellant insists in his motion that the indictment herein is fundamentally defective. We do not think so. Its averment was that appellant sold to a named person liquor capable of producing intoxication. This has often been held sufficient. There is no statement of facts in the record.

The motion for rehearing will be overruled.

### Jimmie KOONTS, alias John Lemmons, v. STATE.
### No. 14507.

Court of Criminal Appeals of Texas.
Nov. 18, 1931.

McLean, Scott & Sayers and Jack Binion, all of Fort Worth, for appellant.

Cecil Rotsch and Stanley Bransford, Asst. Crim. District Attys., both of Fort Worth, and Lloyd W. Davidson, State's Atty., of Austin, for the State.

### MORROW, P. J.

Theft, a misdemeanor, is the offense; penalty assessed at confinement in the county jail for a period of six months.

The facts heard in the trial court are not brought up for review. The information is deemed sufficient, based upon a proper complaint. The motion to quash the complaint was properly overruled. There are no bills of exception complaining of any ruling of the court, and no errors have been perceived.

The judgment is affirmed.